JAURIGUE LAW GROUP
Michael J. Jaurigue (SBN 208123)
Abigail A. Zelenski (SBN 228610)
David Zelenski (SBN 231768)
Christine M. Pham (SBN 278247)
114 North Brand Boulevard, Suite 200
Glendale, California 91203
michael@jlglawyers.com
abigail@jlglawyers.com
david@jlglawyers.com
christine@jlglawyers.com
Telephone: (818) 630-7280
Facsimile: (888) 879-1697

*Attorneys for Plaintiff John Luna*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JOHN LUNA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SHAC, LLC dba SAPPHIRE GENTLEMEN'S CLUB, a Nevada corporation,

Defendant.

Case No. CV 14-00607 HRL

**NOTICE OF NEW AUTHORITY ON PERSONAL-JURISDICTION ISSUE**

*Assigned to Hon. Howard R. Lloyd*

Hearing Date: May 13, 2014
Time: 10:00 a.m.
Courtroom: 2

Plaintiff John Luna hereby provide notice of a new district-court decision decided under the Telephone Consumer Protection Act, 47 U.S.C. § 227, directly relevant to the personal-jurisdiction issue pending before the Court in the above-captioned matter. The new decision is Abramson v. Caribbean Cruise Line, Inc., 2014 WL 2938626 (W.D. Penn. June 30, 2014), decided after briefing in the above-captioned action had closed. A true and correct copy of the Abramson decision is attached hereto as **Exhibit 1**. The relevant portion of the decision reads:

> Plaintiff has successfully pleaded that Defendant CCL has sufficient contacts with Pennsylvania such that we may exercise specific personal jurisdiction over Defendant CCL. First, we note that the call made by CCL was to a phone number bearing a (412) area code—such a code is limited to residents of Pennsylvania. By initiating a call to such a number, it can be said that Defendant CCL "expressly aimed their conduct at Pennsylvania" because the number was associated with the State of Pennsylvania. Defendant would have, or should have, known it was reaching into Pennsylvania when the call was made. This satisfies the requirement for sufficient minimum contacts under the law.

Abramson, 2014 WL 2938626 at *9 (internal citations omitted).

Dated: July 14, 2014

JAURIGUE LAW GROUP

/s/ *David Zelenski*

Michael J. Jaurigue
Abigail A. Zelenski
David Zelenski
Christine M. Pham
*Attorneys for Plaintiff*