UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN LUNA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SHAC, LLC., dba SAPPHIRE GENTLEMEN'S CLUB, a Nevada corporation; CLUB TEXTING, INC., a corporation; and CALLFIRE, INC., a corporation,

Defendants.

Case No. CV 14-00607 HRL

CLASS ACTION

**[PROPOSED] ORDER GRANTING CALLFIRE, INC. AND CLUB TEXTING, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Date: October 21, 2014
Time: 10 AM
Courtroom: 2
Magistrate Judge: Howard R. Lloyd

[Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; Declaration of Jagannathan Thinakaran; and Declaration of Shahriyar Neman, Request for Judicial Notice filed electronically]

**[PROPOSED] ORDER**

This matter came before the Court on the motion of Defendants CallFire, Inc. ("CallFire") and Club Texting, Inc ("Club Texting") for an order dismissing Plaintiff John Luna's ("Plaintiff") First Amended Complaint ("Complaint") for failure to state a claim under Fed. R. Civ. P. 12(b)(6), or to dismiss or stay the Complaint pursuant to the doctrine of primary jurisdiction.

IT IS HEREBY ORDERED that Defendants CallFire and Club Texting's Motion to Dismiss is GRANTED and the Complaint is DISMISSED WITH PREJUDICE as to CallFire and Club Texting.

[OR]

IT IS HEREBY ORDERED that Defendants CallFire and Club Texting's Motion to Dismiss is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE [STAYED] in its entirety for the following reasons:

Pursuant to the doctrine of primary jurisdiction, this case is dismissed [stayed and referred to the Federal Communications Commission] pending a determination by the Federal Communications Commission as to whether a common carrier such as those at issue in this action can be held liable under the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA").

IT IS SO ORDERED.

DATED:

______________________________________
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE