*E-Filed: October 7, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN LUNA, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiff,<br>   v.<br><br>SHAC, LLC; et al.,<br><br>   Defendants. | No. C14-00607 HRL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

A case management conference is set for October 14, 2014. Defendants have filed a motion to dismiss the first amended complaint, which is set for a hearing on October 21, 2014. Dkt. No. 52. Accordingly, the case management conference is continued to **November 4, 2014, at 1:30 p.m.** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113.

**IT IS SO ORDERED.**

Dated: October 7, 2014

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-00607 HRL** **Notice will be electronically mailed to:**

Abigail Ameri Zelenski     Abigail@jlglawyers.com

Christine Marie Pham     christine@jlglawyers.com

David Zelenski     david@jlglawyers.com

Imran A. Khaliq     imran.khaliq@arentfox.com, mia.gimenez@arentfox.com, telecomlit@arentfox.com

Mark Ernest Ferrario     ferrariom@gtlaw.com, lvlitdock@gtlaw.com, rosehilla@gtlaw.com

Michael Joe Jaurigue     michael@jauriguelaw.com

Stephanie Danielle Ahmad     ahmads@gtlaw.com, SFOLitDock@gtlaw.com, tasistaj@gtlaw.com

Tyler Ryan Andrews     andrewst@gtlaw.com, bonnerc@gtlaw.com, heilichj@gtlaw.com, lvlitdock@gtlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**