```
 1   IMRAN KHALIQ (SBN 232607)
     ARENT FOX LLP
 2   55 Second Street, 21st Floor
     San Francisco, CA  94105-3470
 3   Telephone:    415.757.5500
     Facsimile:    415.757.5501
 4   Imran.Khaliq@arentfox.com

 5   MICHAEL B. HAZZARD (Admitted pro hac vice
     10/15/14)
 6   ARENT FOX LLP
     1717 K Street, NW
 7   Washington, D.C. 20006
     Telephone: 202.857.6000
 8   Facscimile: 202.857.6395
     Michael.Hazzard@arentfox.com
 9

10   Attorneys for Defendants
     CALLFIRE, INC. and CLUB TEXTING, INC.
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN LUNA, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>SHAC, LLC., dba SAPPHIRE GENTLEMEN'S CLUB, a Nevada corporation; CLUB TEXTING, INC., a corporation; and CALLFIRE, INC., a corporation,<br><br>            Defendants. | Case No.  CV 14-00607 HRL<br><br>CLASS ACTION<br><br>**NOTICE OF OFFER & ACCEPTANCE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 & REQUEST FOR ENTRY OF JUDGMENT**<br><br>Magistrate Judge: Howard R. Lloyd |

ARENT FOX LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF OFFER & ACCEPTANCE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 & REQUEST FOR ENTRY OF JUDGMENT, CASE NO.  CV 14-00607 HRL

TO THE COURT, PARTIES & ATTORNEYS OF RECORD:

Whereas on April 13, 2014, Plaintiff John Luna ("Plaintiff" or "Luna") filed a First Amended Complaint alleging claims against Defendants SHAC, LLC ("SHAC") and CallFire, Inc. ("CallFire") on his own behalf and on behalf of a putative class. The First Amended Complaint is the operative Complaint in this action, and SHAC and CallFire are the only two Defendants.

Whereas on March 13, 2015, CallFire and Plaintiff met and conferred pursuant to CallFire's March 4, 2015, Fed. R. Civ. P. 68 offer to have this action dismissed against CallFire in exchange for $1.00 of consideration. A true and correct copy of CallFire's Offer of Judgment is attached hereto as **Exhibit 1**.

Whereas on March 13, 2015, Plaintiff made a counter-offer to CallFire to dismiss his claims in this case against CallFire, with prejudice, in exchange for reasonable cooperation by CallFire with written discovery during Plaintiff's continued prosecution of his individual and class-wide claims against SHAC.

Whereas on March 16, 2015, CallFire accepted Luna's counter-offer.

Accordingly, CallFire and Plaintiff request that the Court enter judgment pursuant to the terms set forth in CallFire Offer of Judgment, modified as follows:

(1) a judgment to be entered in this case dismissing Plaintiff's claim, on behalf of himself and the putative class, against CallFire with prejudice;

(2) in exchange for this dismissal, CallFire will reasonably cooperate with Plaintiff on supplementing its written discovery responses as reasonably necessary during Plaintiff's continued prosecution of his individual and class-wide claims against SHAC; and

(3) CallFire and Plaintiff hereby stipulate between themselves that each shall bear their own fees and costs thus-far associated with the prosecution or defense of this action against CallFire.

This compromise is not an admission of liability by CallFire, but rather is made solely for the purpose of compromising a disputed claim. Furthermore, this Notice pertains only to

ARENT FOX LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF OFFER & ACCEPTANCE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 & REQUEST FOR ENTRY OF JUDGMENT CASE NO.  CV 14-00607 HRL        - 1 -

CallFire, *i.e.*, Plaintiff's individual and class-wide claims alleged against SHAC in the above-referenced action still remain pending.

DATED: March 17, 2015      JAURIGUE LAW GROUP

                                        /s/  *David Zelenski*
Michael J. Jaurigue
David Zelenski
Abigail A. Zelenski
*Attorneys for Plaintiff JOHN LUNA*

DATED: March 17, 2015      ARENT FOX, LLP

By:  /s/ *Imran Khaliq*
IMRAN KHALIQ
MICHAEL B. HAZZARD
*Attorneys for Defendant CALLFIRE, INC.*

ARENT FOX LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF OFFER & ACCEPTANCE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 & REQUEST FOR ENTRY OF JUDGMENT CASE NO.  CV 14-00607 HRL   - 2 -

# EXHIBIT 1

| | |
|---|---|
| 1 | IMRAN KHALIQ (SBN 232607)<br>**ARENT FOX LLP** |
| 2 | 55 Second Street, 21st Floor<br>San Francisco, CA  94105-3470 |
| 3 | Telephone:    415.757.5500<br>Facsimile:     415.757.5501 |
| 4 | Imran.Khaliq@arentfox.com |
| 5 | MICHAEL B. HAZZARD (*Admitted pro hac vice 10/15/14*) |
| 6 | **ARENT FOX LLP**<br>1717 K Street, NW |
| 7 | Washington, D.C. 20006<br>Telephone: 202.857.6000 |
| 8 | Facscimile: 202.857.6395<br>Michael.Hazzard@arentfox.com |
| 9 | |
| 10 | Attorneys for Defendants<br>CALLFIRE, INC. and CLUB TEXTING, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN LUNA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHAC, LLC., dba SAPPHIRE GENTLEMEN'S CLUB, a Nevada corporation; CLUB TEXTING, INC., a corporation; and CALLFIRE, INC., a corporation,<br><br>Defendants. | Case No.  CV 14-00607 HRL<br><br>CLASS ACTION<br><br>**OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**<br><br>Magistrate Judge: Howard R. Lloyd |

TO PLAINTIFF JOHN LUNA AND HIS ATTORNEYS OF RECORD:

Defendant CallFire, Inc. ("CallFire") hereby offers to allow entry of judgment to be taken against it pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: a judgment in favor of plaintiff John Luna ("Plaintiff") and against CallFire, in the sum of $1.00 (one dollar). This shall be the total amount to be paid by CallFire on account of any liability claimed in this action, including all costs of suit and attorneys' fees otherwise recoverable in this action by Plaintiff.

If Plaintiff does not accept this offer, he may become obligated to pay CallFire's costs incurred after the making of this offer.

To accept this offer, Plaintiff must serve written notice of acceptance thereof within ten (10) days of the date this offer is made.

This offer is not an admission of liability by CallFire, but rather is made solely for the purpose of compromising a disputed claim.

DATED: March 4, 2015

By: /s/ *Imran Khaliq*
IMRAN KHALIQ
MICHAEL B. HAZZARD
Attorneys for Defendant
CALLFIRE, INC. and CLUB TEXTING, INC.

*Luna v. CallFire, et al.*
USDC Northern District of California Case No. CV-14-00607-HRL

### CERTIFICATE OF SERVICE

I am a citizen of the United States. My business address is Arent Fox LLP, 55 Second Street, 21st Floor, San Francisco, California 94105-3470. I am employed in the County of San Francisco where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document(s) described as:

**NOTICE OF OFFER AND ACCEPTANCE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURES 68 AND REQUEST FOR ENTRY OF JUDGMENT**

☐ (BY FAX) I transmitted via facsimile, from facsimile number 415.757.5501, the document(s) to the person(s) on the attached service list at the fax number(s) set forth therein, on this date before 5:00 p.m. A statement that this transmission was reported as complete and properly issued by the sending fax machine without error is attached to this Proof of Service.

X (BY E-MAIL) On this date, I personally transmitted the foregoing document(s) via electronic mail to the e-mail address(es) of the person(s) on the attached service list.

X (BY MAIL) I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) on the attached service list and sealed and placed the envelopes for collection and mailing following ordinary business practices.

☐ (BY PERSONAL SERVICE) On this date, I delivered by hand envelope(s) containing the document(s) to the persons(s) on the attached service list.

☐ (BY OVERNIGHT DELIVERY) On this date, I placed the documents in envelope(s) addressed to the person(s) on the attached service list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to whom it is to be served.

X (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 17, 2015 at San Francisco, California.

_____
Pilar Leaño

*Luna v. CallFire, et al.*
USDC Northern District of California Case No. CV-14-00607-HRL

## SERVICE LIST

| Abigail Ameri Zelenski<br>Michael Joe Jaurigue<br>David Zelenski<br>Jaurigue Law Group<br>114 N. Brand Blvd. Ste 200<br>Glendale, CA 91203<br>Tel: 818-630-7280<br>Fax: 888-879-1697<br>Email: Abigail@jlglawyers.com<br>Email: michael@jauriguelaw.com<br>Email: david@jlglawyers.com<br><br>*Attorneys for Plaintiff John Luna* | Mark Ernest Ferrario<br>Tyler Ryan Andrews<br>Greenberg Traurig<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>702-792-3773<br>Email: ferrariom@gtlaw.com<br>Email: andrewst@gtlaw.com<br><br>Stephen Ullmer<br>Greenberg Traurig<br>4 Embarcadero Center, Suite 3000<br>San Francisco, CA 94111<br>Email: ullmers@gtlaw.com<br><br>*Attorneys for Defendant Shac, LLC* |
|---|---|