**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

John Luna,

    Plaintiff,

  v.

Shac, LLC, and CallFire, Inc.,

    Defendants.

_____/

No. 5:14-cv-00607-HRL

**JUDGMENT IN A CIVIL CASE**

Pursuant to the Notice of Acceptance of Defendant's FRCP Rule 68 Offer of Settlement filed March 17, 2015,

It is Ordered, Adjudged and Decreed, that judgment be entered in favor of Plaintiff and against Defendant CallFire, Inc. pursuant to the terms outlined in the Offer of Settlement.

IT IS SO ORDERED.

Dated: March 26, 2015

RICHARD W. WIEKING,
United States District Court

*/s/ Patty Cromwell*
By: Patty Cromwell
Deputy Clerk

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Abigail Ameri Zelenski    Abigail@jlglawyers.com

Christine Marie Pham    christine@jlglawyers.com

David Zelenski    david@jlglawyers.com

Imran A. Khaliq    imran.khaliq@arentfox.com, meryle.tank@arentfox.com, pilar.leano@arentfox.com, sonja.gray@arentfox.com, telecomlit@arentfox.com

Mark Ernest Ferrario    ferrariom@gtlaw.com, lvlitdock@gtlaw.com, rosehilla@gtlaw.com

Michael Brian Hazzard    Michael.Hazzard@arentfox.com

Michael Joe Jaurigue    michael@jauriguelaw.com

Stephen M. Ullmer    ullmers@gtlaw.com, skandalariss@gtlaw.com, tasistaj@gtlaw.com

Tyler Ryan Andrews    andrewst@gtlaw.com, bonnerc@gtlaw.com, heilichj@gtlaw.com, lvlitdock@gtlaw.com