UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| John Luna,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Shac, LLC, and CallFire, Inc.,<br><br>　　　　Defendants._____ / | No.　5:14-cv-00607-HRL<br><br>**JUDGMENT IN A CIVIL CASE** |

　　　　Pursuant to the Notice of Acceptance of Defendant's FRCP Rule 68 Offer of Settlement filed March 17, 2015,

　　　　It is Ordered, Adjudged and Decreed, that judgment be entered in favor of Plaintiff and against Defendant CallFire, Inc. pursuant to the terms outlined in the Offer of Settlement.

　　　　IT IS SO ORDERED.

Dated: March 26, 2015　　　　　　　　　　　　RICHARD W. WIEKING,
　　　　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Patty Cromwell*
　　　　　　　　　　　　　　　　　　　　　　　By: Patty Cromwell
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

<0>
<1>
<2>
<3>

<4>

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Abigail Ameri Zelenski     Abigail@jlglawyers.com

Christine Marie Pham     christine@jlglawyers.com

David Zelenski     david@jlglawyers.com

Imran A. Khaliq     imran.khaliq@arentfox.com, meryle.tank@arentfox.com, pilar.leano@arentfox.com, sonja.gray@arentfox.com, telecomlit@arentfox.com

Mark Ernest Ferrario     ferrariom@gtlaw.com, lvlitdock@gtlaw.com, rosehilla@gtlaw.com

Michael Brian Hazzard     Michael.Hazzard@arentfox.com

Michael Joe Jaurigue     michael@jauriguelaw.com

Stephen M. Ullmer     ullmers@gtlaw.com, skandalariss@gtlaw.com, tasistaj@gtlaw.com

Tyler Ryan Andrews     andrewst@gtlaw.com, bonnerc@gtlaw.com, heilichj@gtlaw.com, lvlitdock@gtlaw.com

2