*E-Filed: August 19, 2015*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LUNA,<br><br>      Plaintiff,<br><br>   v.<br><br>SHAC, LLC, dba SAPPHIRE GENTLEMEN'S CLUB; et al.,<br><br>      Defendants. | Case No.  14-cv-00607-HRL<br><br>**JUDGMENT** |

The court having granted Defendant Shac LLC's motion for summary judgment against Plaintiff John Luna, IT IS ORDERED, ADJUDGED AND DECREED THAT judgment be entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: August 19, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge