JAURIGUE LAW GROUP
Michael J. Jaurigue (SBN 208123)
  michael@jlglawyers.com
Abigail A. Zelenski (SBN 228610)
  abigail@jlglawyers.com
David Zelenski (SBN 231768)
  david@jlglawyers.com
114 North Brand Boulevard, Suite 200
Glendale, California 91203
Telephone:  (818) 630-7280
Facsimile:  (888) 879-1697

*Attorneys for Plaintiff John Luna*

E-Filed 11/19/15

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOHN LUNA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHAC, LLC dba SAPPHIRE GENTLEMEN'S CLUB, a Nevada corporation,<br><br>Defendant. | Case No. CV 14-00607 HRL<br><br>**[PROPOSED] ORDER GRANTING STIPULATION IN RESPONSE TO ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>*Assigned to Hon. Howard R. Lloyd* |

1       Having considered the Joint Statement and Stipulation in Response to Order to Show Cause

2   submitted by Plaintiff John Luna and Defendant SHAC, LLC, and good cause appearing, **IT IS**

3   **HEREBY ORDERED** that:

4       1.      Plaintiff's Motion to Vacate the Judgment [ECF 108] is withdrawn and is not to be

5   refiled.

6       2.      Defendant's Bill of Costs [ECF 110] is withdrawn and is not to be refiled.

7       3.      The Judgment [ECF 105] is final and shall remain in full force and effect.

8       4.      Plaintiff and Defendant shall bear their own attorney's fees and costs, except as otherwise

9   expressly noted in the Post-Judgment Settlement Agreement executed by Plaintiff and Defendant.

10      5.      The above-captioned action is now closed.

11      **IT IS SO ORDERED.**

12

13  Dated:   11/19/15   _____

14                      Hon. Howard R. Lloyd
                        *U.S. Magistrate Judge*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION IN RESP. TO ORDER TO SHOW CAUSE – Case No. 14-CV-00607