| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | FILED<br><br>NOV 20 2015<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JOHN LUNA, individually and on behalf of all others similarly situated,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>SHAC, LLC, DBA Sapphire Gentlemen's Club,<br><br>  Defendant - Appellee. | No. 15-16790<br><br>D.C. No. 5:14-cv-00607-HRL<br>Northern District of California, San Jose<br><br>ORDER |

Appellant's motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Stephen Liacouras
Circuit Mediator

SL/Mediation