JAURIGUE LAW GROUP
Michael J. Jaurigue (SBN 208123)
michael@jlglawyers.com
Abigail A. Zelenski (SBN 228610)
abigail@jlglawyers.com
David Zelenski (SBN 231768)
david@jlglawyers.com
114 North Brand Boulevard, Suite 200
Glendale, California 91203
Telephone: (818) 630-7280
Facsimile: (888) 879-1697

*Attorneys for Plaintiff John Luna*

E-Filed 1/5/16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JOHN LUNA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SHAC, LLC dba SAPPHIRE GENTLEMEN'S CLUB, a Nevada corporation,

Defendant.

Case No. CV 14-00607 HRL

**STIPULATION AND ~~[PROPOSED]~~ ORDER IN RESPONSE TO THE CLERK'S TAXATION OF COSTS**

*Assigned to Hon. Howard R. Lloyd*

Plaintiff John Luna and Defendant SHAC, LLC submit this Stipulation in response to the Clerk's December 23, 2015, Notice Taxing Costs [ECF 125]. Plaintiff and Defendant **HEREBY RECITE**:

1. On August 19, 2015, the Court granted Defendant's Motion for Summary Judgment (see generally Order Granting Def.'s Mot. for Summ. J. [ECF 104]) and entered a Judgment in Defendant's favor (see generally J. [ECF 105]).

2. On September 2, 2015, Defendant filed a Bill of Costs. (See generally Bill of Costs [ECF 110].) Plaintiff filed Objections to the Bill of Costs on September 15, 2015. (See generally Pl. John Luna's Objections to Def. SHAC, LLC's Bill of Costs [ECF 114].)

3. On or about October 19, 2015, Plaintiff and Defendant notified the Clerk that they had reached a settlement in principle of the within action. In response thereto, the Court issued an Order vacating all deadlines and appearances, and directing the parties to file a statement as to settlement status by November 19, 2015. (Order to Show Cause re Settlement [ECF 120] at 1:17–26.)

4. On November 11, 2015, Plaintiff and Defendant fully executed a Post-Judgment Settlement Agreement memorializing the terms of their settlement.

5. On November 18, 2015, Plaintiff and Defendant filed a Stipulation advising the Court, *inter alia*, that the Post-Judgment Settlement Agreement had been executed; that the Judgment would remain in full force and effect; that the parties would bear their own attorney's fees and costs, except as expressly noted in the Post-Judgment Settlement Agreement; and that Defendant's Bill of Costs was withdrawn. (Joint Statement & Stipulation in Resp. to Order to Show Cause re Settlement [ECF 121] at 2:25–3:3.) The following day, the Court entered an Order granting that Stipulation, expressly reciting, *inter alia*, that the Judgment would remain in full force and effect; that the parties would bear their own attorney's fees and costs, except as expressly noted in the Post-Judgment Settlement Agreement; and that Defendant's Bill of Costs was withdrawn. (Order Granting Stipulation in Resp. to Order to Show Cause re Settlement [ECF 122] at 2:1–11.)

/ / / / /

**Based on the foregoing recitals, Plaintiff and Defendant HEREBY STIPULATE that Defendant's Bill of Costs was withdrawn and that the Clerk's Notice Taxing Costs was issued in error.**

**IT IS SO STIPULATED.**[1]

Dated: December 28, 2015

JAURIGUE LAW GROUP

/s/ *David Zelenski* [2]

Michael J. Jaurigue
Abigail A. Zelenski
David Zelenski
*Attorneys for Plaintiff John Luna*

Dated: December 28, 2015

GREENBERG TRAURIG, LLP

/s/ *Tyler Andrews*

Mark E. Ferrario
Tyler R. Andrews
*Attorneys for Defendant SHAC, LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/4/2016

Hon. Howard R. Lloyd
*U.S. District Court Judge*

[1] Pursuant to rule 7-12 of the Northern District of California's Local Rules, the Proposed Order on this Stipulation consists of an endorsement on the within document instead of a separate document.

[2] Pursuant to rule 5-1 of the Northern District of California's Local Rules, I attest that concurrence in the filing of this document has been obtained from the other signatories hereto.